Priority ✓
Send ✓
Enter ✓
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

FILED
CLERK, U.S. DISTRICT COURT

SEP 1 5 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CHEUK S. WOO,

                 Petitioner,

          v.

K.M. POWERS, Warden,

                 Respondent.

)
)
)
)
)
)
)
)
)
)
)

Case No. EDCV 05-375-SJO (JC)

(PROPOSED)

ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus by a Person in State Custody (the "Petition"), all of the records herein, and the attached Report and Recommendation of United States Magistrate Judge. The Court approves and adopts the United States Magistrate Judge's Report and Recommendation.[1]

_____

[1] After the Magistrate Judge issued the Report and Recommendation, the California Supreme Court issued parole-related decisions in In re Lawrence, 2008 WL 3863606 (Aug. 21, 2008) and In re Shaputis, 2008 WL 3863608 (Aug. 21, 2008). Such opinions do not alter this Court's conclusion that the denial of habeas relief is appropriate in this case. More specifically, such decisions do not alter this Court's conclusions that petitioner was not deprived of due process and that the California State courts' determination that some evidence supports the Governor's finding that petitioner's release on parole would unreasonably endanger the public, is not contrary to, or an unreasonable application of, clearly established federal law, and is not based on an unreasonable determination of the facts in light of the evidence presented.

1

1   IT IS HEREBY ORDERED that Judgment be entered denying the Petition
2   and dismissing this action with prejudice.
3   IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the
4   United States Magistrate Judge's Report and Recommendation, and the Judgment
5   herein on petitioner and counsel for respondent.
6   LET JUDGMENT BE ENTERED ACCORDINGLY.
7   DATED: _____ 9/11/0 1 _____
8
9
10  HONORABLE S. JAMES OTERO
    UNITED STATES DISTRICT JUDGE
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28